APPEAL No. 1965. LUCY PALAZZI *et al. v.* STATE. Amended motion of State for an extension to January 15, 1973 to file record on appeal granted. Motion of petitioners to dismiss appeal denied. *Arcaro, Belilove and Kolodney, Abraham Belilove,* for petitioners. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondent.

APPEAL No. 1972. ROLAND LAMAIRE *et al. v.* RICHARD K. AMAZINE. Motion of appellant to remand the papers and transcript to the Superior Court with direction that said court include in the record certain portions of the transcript is granted subject, however, to appellant giving proper notice by filing and serving on appellees a description of the parts of the transcript which he intends to include in the record, and upon termination of the proceedings the papers and transcripts are to be forthwith returned to Supreme Court. *David H. Sholes,* for appellees. *Aram K. Berberian,* for appellant.

### December 27, 1972.

M. P. No. 1969. THOMAS W. ZONA *v.* NORTH PROVIDENCE BOARD OF CANVASSERS. Petition for writ of mandamus granted without prejudice. Parties directed to brief and argue the jurisdictional question raised by the apparent conflict in G.L. 1956, §§17-24-1 and 17-7-5, as amended. *Donald R. Lembo,* for petitioner. *Robert S. Ciresi,* for respondent.

APPEAL No. 1833. FOSTER-GLOCESTER SCHOOL COMMITTEE *v.* LISA GAINES CONLEY. No objection having been raised by plaintiff-appellant, motion of defendant-appellee to dismiss the appeal is granted pro forma. *Bradley L. Steere,* for plaintiff-appellant. *Natale L. Urso,* for defendant-appellee.